UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDDY PLACIDE,                    )
        Petitioner              )
                                )
              v.                 )   C.A. No. 15-cv-30035-MAP
                                )
ATTORNEY GENERAL ERIC HOLDER,    )
ET AL.,                          )
        Respondents.            )


MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION REGARDING PETITIONER'S
MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
AND FURTHER RECOMMENDATION FOR SUMMARY DISMISSAL
(Dkt. Nos. 2 & 6)

March 31, 2015

PONSOR, U.S.D.J.

        On March 6, 2015, Magistrate Judge Katharine A.

Robertson issued a Report and Recommendation, to the effect

that Petitioner's Motion for Leave to Proceed In Forma

Pauperis should be denied, without prejudice, and further

that his Petition for Habeas Corpus Pursuant to 28 U.S.C. §

2241 should be dismissed.  The conclusion of the Report and

Recommendation admonished the parties at n. 4 that

objections to the Report and Recommendation must be filed

within fourteen days.  No objection has been filed.

        Having reviewed the Report and Recommendation, de novo,

the court finds that it is entirely correct as a matter of

law and that the petition must be dismissed.  At the time he

filed the petition, Petitioner had been held for less than

six months.  The Supreme Court's decision in <u>Zadvydas v.</u>
<u>Davis</u>, 533 U.S. 648 (2011), therefore gives Petitioner no
entitlement to immediate release.

For the foregoing reasons, the court hereby ADOPTS
Judge Robertson's Report and Recommendation (Dkt. No. 6).
Based upon this, Petitioner's Motion for Leave to Proceed In
Forma Pauperis (Dkt. No. 2) is hereby DENIED, without
prejudice, and the petition is ordered DISMISSED, without
prejudice to its refiling if and when the necessary time has
elapsed.  This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge